No. 67554.—The Spiegel Bros. Corp. v. United States, protest 60/11591 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bench vises the same in all material respects as those the subject of Abstract 59420, the claim of the plaintiff was sustained.

No. 67555.—R. H. Macy Co., Inc. v. United States, protests 58/17249 and 58/19857 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of men's orlon outerwear similar in use to wool knit outerwear, valued over $5 per pound, and that the issue is the same as that involved in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 67556.—The Glemby Co., Inc., et al. v. United States, protests 59/28620, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon hair nets similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.